UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 8:05-mj-294-TBM

PETER JAMES BONFIGLIO,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the court on Defendant's **Emergency Motion to Determine Competency and Sanity of Defendant** (Doc. 16). By the motion, defense counsel seeks an order directing the transport of the Defendant to a suitable facility for the conduct of a psychiatric or psychological examination to determine his competency (and present sanity) to proceed to trial in this cause. As revealed in the motion and otherwise in hearings before the court, the Defendant has a lengthy history of mental problems, including multiple suicide attempts. At the time of his arrest, Defendant was under a civil commitment order from a state court judge by reason of his mental condition. He is presently detained pending proceedings in this court. According to his counsel, past diagnoses include depression, obsessive compulsive disorder, and paranoia. Last evening, the Defendant again attempted suicide by cutting his throat. Counsel represents that based upon her contacts with the Defendant, his mental condition may leave him incompetent to proceed at the present time.

        Because there is a reasonable basis to conclude that the Defendant may not be competent at the present time, the **Emergency Motion to Determine Competency and Sanity of Defendant** (Doc. 16) is **GRANTED**. Pursuant to 18 U.S.C. §§ 4241(b), 4247(b), the United States Marshal for the Middle District of Florida is hereby ordered to promptly

<u>transfer the Defendant from his current place of incarceration in Hillsborough County to an appropriate Federal Medical Center for purposes of the competency evaluation. If the Marshal is unable to transport the Defendant directly to such facility, he shall take all necessary precautions to assure that the Defendant is housed during intervening stops at appropriate facilities and that he receive necessary medical/psychiatric care and any prescribed medication.</u>

It is requested that the appropriate authorities provide to the court, within forty-five (45) days of this order, a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination and the results; his/her findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, the court will conduct necessary further proceedings.

**Done and Ordered** in Tampa, Florida this 7th day of July 2005.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Jay Hoffer, Assistant U.S. Attorney
Maria Guzman, Attorney for Defendant
U.S. Marshal
U.S. Pretrial